# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143720(64)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GORDON SCOTT DITTMER,
        Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
DEPARTMENT OF CORRECTIONS
DIRECTOR, ST. LOUIS CORRECTIONAL
FACILITY WARDEN, ST. LOUIS
CORRECTIONAL FACILITY DEPUTY
WARDEN, and ST. LOUIS CORRECTIONAL
FACILITY CORRECTIONS OFFICER,
        Respondents-Appellees.
_____/

SC: 143720
COA: 298997
Court of Claims: 09-000126-MP

      On order of the Court, the motion for reconsideration of this Court's January 30, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012                         _____

h0319                                         Clerk